In the Matter of OMAR WILLIAMS, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [937 NYS2d 900]—

We confirm. Initially, upon reviewing the record, we do not find that the minor gaps in the hearing tape or transcript preclude meaningful review (*see Matter of Machicote v Bezio*, 87 AD3d 763, 764 [2011]; *Matter of Smith v Martuscello*, 85 AD3d 1516, 1516 [2011], *lv denied* 17 NY3d 715 [2011]). Moreover, the detailed misbehavior report provides substantial evidence supporting the determination of guilt (*see Matter of Darshan v Bango*, 83 AD3d 1302 [2011]; *Matter of Tafari v Selsky*, 38 AD3d 1079, 1079 [2007], *lv denied* 8 NY3d 816 [2007]). Petitioner's claim that the misbehavior report was fabricated and the contrary version of events related by him and his inmate witnesses presented a credibility issue for the Hearing Officer to resolve (*see Matter of Coleman v Fischer*, 87 AD3d 778, 779 [2011]; *Matter of Johnson v Goord*, 42 AD3d 626, 627 [2007]). Petitioner's remaining contentions have not been preserved for our review.

Rose, J.P., Spain, Kavanagh, Stein and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.